# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Lawrence O. Smith                              CHAPTER 13
                    Debtor

                                                      BKY. NO. 13-16588 SR

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rushmore Loan Management Services as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, and index same on the master mailing list.

Re: Loan # Ending In: 1082

                                                   Respectfully submitted,

                                                   **/s/Denise Carlon, Esquire**
                                                   Denise Carlon, Esquire
                                                   Thomas Puleo, Esquire
                                                   KML Law Group, P.C.
                                                   701 Market Street, Suite 5000
                                                   Philadelphia, PA 19106-1532
                                                   (215) 825-6306  FAX (215) 825-6406