UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Lawrence O. Smith** : CHAPTER: 13
:
:
DEBTOR : Bankruptcy No.: **13-16588**

PRAECIPE OF DEBTOR TO WITHDRAW
MOTION TO MODIFY PLAN POST-CONFIRMATION

To the Clerk, United States Bankruptcy Court:

Kindly withdraw **DEBTORS' MOTION TO MODIFY PLAN POST-CONFIRMATION**, for the record.

Respectfully Submitted,

By: \s\ **Michael D. Sayles, Esquire**
Michael D. Sayles
Attorney for Debtor

Dated: December 29, 2016