UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Lawrence O. Smith**          :          CHAPTER: 13
                                        :
                                        :
DEBTOR                                  :          BANKRUPTCY NO.: **13-16588\sr**

\*    \*    \*    \*    \*    \*    \*    \*    \*

# NOTICE OF MOTION, RESPONSE
# DEADLINE AND HEARING DATE

**Debtor** has filed a Motion to Modify Plan After Confirmation.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

1.    If you do not want the court to grant relief sought in the motion or if you want the court to consider your views on the motion, then on or before **January 18, 2017** you or your attorney must do all of the following:

   (a)    file an answer explaining your position at:

   Bankruptcy Clerk's Office
   900 Market Street
   Philadelphia, PA  19107-4228

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b)    mail a copy to the movant's attorney:

   Michael D. Sayles
   427 West Cheltenham Avenue
   Elkins Park, PA  19027
   Phone: 215/635-2270
   Fax:  215/635-7508

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.      A hearing on the motion is scheduled before the Honorable Judge Stephen Raslavich on **January 25, 2017 at 10:00 A.M.** in Courtroom #4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4228.

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: December 29, 2016