United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 13-16588-sr
Lawrence O. Smith                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia        Page 1 of 1           Date Rcvd: Jan 23, 2017
                        Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2017.
13247443       +Caliber Home Loans, Inc.,    PO Box 24330,    Oklahoma City, Oklahoma 73124-0330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2017 at the address(es) listed below:
    ALEXANDRA T. GARCIA    on behalf of Creditor    HSBC Consumer Lending (USA) Inc. ecfmail@mwc-law.com
    ANN E. SWARTZ    on behalf of Creditor    HSBC Consumer Lending (USA) Inc. ecfmail@mwc-law.com,
     ecfmail@mwc-law.com
    BRIAN CRAIG NICHOLAS    on behalf of Creditor    Caliber Home Loans Inc bnicholas@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association, not in its
     individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
     bkgroup@kmllawgroup.com
    FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
    KERI P EBECK    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home Loans,
     Inc., solely in its capacity as servicer kebeck@weltman.com,    jbluemle@weltman.com
    MARISA MYERS COHEN    on behalf of Creditor    HSBC Consumer Lending (USA) Inc. mcohen@mwc-law.com
    MICHAEL D. SAYLES    on behalf of Debtor Lawrence O. Smith midusa1@comcast.net,
     MichaelDSaylesEsq@comcast.net
    NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
     RA-occbankruptcy6@state.pa.us
    POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
     ecf_frpa@trustee13.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                TOTAL: 11

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-16588-sr
Chapter 13

In re: Debtor(s) (including Name and Address)

Lawrence O. Smith
5700 N 17th Street
Philadelphia PA 19141

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/20/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 4: Caliber Home Loans, Inc., PO Box 24330, Oklahoma City, Oklahoma 73124 | Rushmore Loan Management Services,LLC 15480 Laguna Canyon Road,suite 100,Irvin |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/25/17

Tim McGrath
**CLERK OF THE COURT**