UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

LAWRENCE O. SMITH
                                                    : Bankruptcy No. 13-16588SR
     Debtor(s)                                      : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Stephen Raslavich*

**Date: March 8, 2017**

Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL D SAYLES  ESQ
SAYLES AND ASSOCIATES
427 WEST CHELTENHAM AVE STE#2
ELKINS PARK PA 19027-3201

LAWRENCE O. SMITH
5700 N 17TH STREET
PHILADELPHIA,PA.19141-