United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-16588-sr
Lawrence O. Smith                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 2              Date Rcvd: Mar 08, 2017
                              Form ID: pdf900             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2017.
db          +Lawrence O. Smith,    5700 N 17th Street,    Philadelphia, PA 19141-1715
cr          +Caliber Home Loans Inc,    PO Box 24330,    Oklahoma City, OK 73124-0330
13247443    +Caliber Home Loans, Inc.,    PO Box 24330,    Oklahoma City, Oklahoma 73124-0330
13109987    +HFC,   PO BOX 5233,   Carol Stream, IL 60197-5233
13218873    +HSBC Mortgage Services, Inc.,    P.O. Box 21188,    Eagan, MN 55121-0188
13684052    +LSF8 Master Participation Trust,    Caliber Home Loans, Inc.,    13801 Wireless Way,
              Oklahoma City, OK 73134-2500
13259247    +Michael D. Sayles, Esq.,    427 W Cheltenham Ave #2,    Elkins Park, PA 19027-3291

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Mar 09 2017 01:33:00    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 09 2017 01:32:43
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 09 2017 01:32:51    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13193969    +E-mail/Text: bankruptcy@phila.gov Mar 09 2017 01:33:00    City of Philadelphia,
              City of Philadelphia, Law Department - Tax Unit,   Municipal Services Building,
              1401 John F. Kennedy Blvd., 5th Floor,   Philadelphia, PA 19102-1617
13155726    +E-mail/Text: cio.bncmail@irs.gov Mar 09 2017 01:32:33    Internal Revenue Service,
              P O BOX 7346,   Philadelphia PA 19101-7346
13145920     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 09 2017 01:32:43
              Pennsylvania Department of Revenue,   PO Box 280946,   Bankruptcy Division,
              Harrisburg, PA 17128-0946
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13854716       Rushmore Loan Management Services,LLC,   15480 Laguna Canyon Road,suite 100,Irvin
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2017 at the address(es) listed below:
          ALEXANDRA T. GARCIA    on behalf of Creditor    HSBC Consumer Lending (USA) Inc. ecfmail@mwc-law.com
          ANN E. SWARTZ    on behalf of Creditor    HSBC Consumer Lending (USA) Inc. ecfmail@mwc-law.com,
           ecfmail@mwc-law.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Caliber Home Loans Inc bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association, not in its
           individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
           bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          KERI P EBECK    on behalf of Creditor    LSF8 Master Participation Trust, by Caliber Home Loans,
           Inc., solely in its capacity as servicer kebeck@weltman.com,  jbluemle@weltman.com
          MARISA MYERS COHEN    on behalf of Creditor    HSBC Consumer Lending (USA) Inc. mcohen@mwc-law.com
          MICHAEL D. SAYLES    on behalf of Debtor Lawrence O. Smith midusa1@comcast.net,
           MichaelDSaylesEsq@comcast.net
          NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com

```
District/off: 0313-2          User: Virginia             Page 2 of 2            Date Rcvd: Mar 08, 2017
                              Form ID: pdf900            Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                         TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

LAWRENCE O. SMITH
                                                    : Bankruptcy No. 13-16588SR
           Debtor(s)                                : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                    BY THE COURT

**Date: March 8, 2017**                             _____
                                                    Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL D SAYLES  ESQ
SAYLES AND ASSOCIATES
427 WEST CHELTENHAM AVE STE#2
ELKINS PARK PA 19027-3201

LAWRENCE O. SMITH
5700 N 17TH STREET
PHILADELPHIA,PA.19141-